LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

April 8, 2024

Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: *United States v. Codie Lewis*,
~~24 Cr. 237 (JLR)~~
**23-cr-0237-JLR**

Your Honor:

  My client Codie Lewis is scheduled for sentencing on April 25, 2024 and we do not want an adjournment as he may be eligible for a time served sentence. Since the final presentence report will not be submitted before April 16, 2024 I write to request a change in the Court's usual deadlines for the filing of sentencing memorandum. As currently scheduled the defense sentencing memo would be due on April 11, 2024 and the prosecution's memo would be due on April 18, 2024.

  I need an opportunity to review the final report with Mr. Lewis in jail prior to filing the defense submission. Therefore, I request that the Court permit the following filing schedule: defense sentencing memo by April 18, 2024 and the government sentencing memo submitted by April 22, 2024.

  The government, by Andrew Jones, Esq., consents to this request.

Respectfully
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

_____
HON. JENNIFER L. ROCHON

Letter Motion GRANTED in part and DENIED in part. Probation shall submit the final presentence report no later than April 15, 2024. Defendant's sentencing memorandum shall be filed no later than **April 17, 2024**. The Government's sentencing memorandum shall be filed no later than **April 19, 2024**. Due to a conflict on the Court's calendar, the sentencing shall be held at **12:15 p.m. on April 25, 2024** in **courtroom 23B**.

Dated: April 9, 2024
   New York, New York