UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              - v. -<br><br>CODIE LEWIS,<br>              Defendant. | 23-cr-00237-JLR-4<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      It is hereby ORDERED that the defendant in the above captioned case, USM Number 56469-510, has been sentenced to a term of imprisonment of "Time Served," and therefore is to be released subject to any detainers.

Dated: April 26, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge